UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-

    John A. D'Addio

                      Defendant.

-------------------------------------------------------

Case No.: 94 MJ 01965 (MRG)

**ORDER OF DISMISSAL**

ORIGINAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:    20 day of November, 2020
Poughkeepsie, New York